1  MARANGA • MORGENSTERN
   Kenneth A. Maranga, Esq. (SBN 94116)
2  kenmaranga@marmorlaw.com
   Patricia E. Ellyatt, Esq., (SBN 112552)
3  pellyatt@marmorlaw.com
   Frank. J. Ozello, Jr. (SBN 153989)
4  fozello@marmorlaw.com
   Patricia "Molly" Ford (SBN 285045)
5  pford@marmorlaw.com
   A Professional Law Corporation
6  5850 Canoga Avenue, Suite 600
   Woodland Hills, CA 91367
7  (818) 587-9146 ■ Fax: (818) 587-9147

8  GREINES, MARTIN, STEIN & RICHLAND, LLP
   Timothy T. Coates, Esq. (SBN110364)
9  tcoates@gmsr.com
   5900 Wilshire Boulevard, 12th Floor
10 Los Angeles, CA  900356
   Telephone: (310) 859-7811
11 Facsimile: (310) 276-5261

12 Attorneys for Defendants COUNTY OF LOS
   ANGELES and WILLIAM T. FUJIOKA
13 (erroneously sued and served herein as LOS
   ANGELES COUNTY BOARD OF SUPERVISORS;
14 and WILLIAM T. FUJIOKA)

15

16                UNITED STATES DISTRICT COURT

17         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

18

| | |
|---|---|
| 19 REVEREND FATHER IAN ELLIOTT DAVIES; REVEREND J. EDWIN BACON, JR.; SHAKEEL SYED; RABBI HAROLD M. SCHULWEIS; REVEREND TERA LITTLE; RABBI JOHN ROSOVE; REVEREND PETER LAARMAN; DAVID N. MYERS; and RABBI AMY BERNSTEIN,<br><br>Plaintiffs,<br>v.<br><br>LOS ANGELES COUNTY BOARD OF SUPERVISORS; and WILLIAM T. FUJIOKA,<br><br>Defendants. | **Case No. CV14-0907CAS-JEMx**<br><br>**[~~PROPOSED~~] ORDER RE: STIPULATED PROTECTIVE ORDER**<br><br>_____ |

After considering the Stipulated Protective Order filed jointly by all parties herein, the Court orders as follows:

The Court hereby GRANTS a protective order consistent with the terms set forth in the Stipulated Protective Order, which was submitted to this Court by the parties on October 30, 2014.

Dated November 3, 2014

_____
The Honorable Magistrate Judge
John E. McDermott

- 2 -

[PROPOSED] ORDER RE: STIPULATED PROTECTIVE ORDER