MARANGA • MORGENSTERN
Kenneth A. Maranga, Esq. (SBN 94116)
kenmaranga@marmorlaw.com
Frank. J. Ozello, Jr. (SBN 153989)
fozello@marmorlaw.com
Patricia Molly Ford (SBN 285045)
pford@marmorlaw.com
A Professional Law Corporation
5850 Canoga Avenue, Suite 600
Woodland Hills, CA 91367
(818) 587-9146 ■ Fax: (818) 587-9147

GREINES, MARTIN, STEIN & RICHLAND, LLP
Timothy T. Coates, Esq. (SBN110364)
tcoates@gmsr.com
5900 Wilshire Boulevard, 12th Floor
Los Angeles, CA 900356
Telephone: (310) 859-7811
Facsimile: (310) 276-5261

Attorneys for Defendants COUNTY OF LOS ANGELES and WILLIAM T. FUJIOKA (erroneously sued and served herein as LOS ANGELES COUNTY BOARD OF SUPERVISORS; and WILLIAM T. FUJIOKA)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| REVEREND FATHER IAN ELLIOTT DAVIES; REVEREND J. EDWIN BACON, JR.; SHAKEEL SYED; RABBI HAROLD M. SCHULWEIS; REVEREND TERA LITTLE; RABBI JOHN ROSOVE; REVEREND PETER LAARMAN; DAVID N. MYERS; and RABBI AMY BERNSTEIN, <br><br> Plaintiffs, <br><br> v. <br><br> LOS ANGELES COUNTY BOARD OF SUPERVISORS; and WILLIAM T. FUJIOKA, <br><br> Defendants. | Case No. CV14-0907CAS-FFMx <br><br> **NOTICE OF LODGING DEFENDANTS' [PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF LAW** <br><br> Hon. Christina A. Snyder |

//

- 1 -

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that Defendants, COUNTY OF LOS ANGELES and WILLIAM T. FUJIOKA (erroneously sued and served herein as LOS ANGELES COUNTY BOARD OF SUPERVISORS; and WILLIAM T. FUJIOKA) are lodging with the Court their [Proposed] Findings of Fact and Conclusions of Law.

Dated: November 4, 2015

MARANGA * MORGENSTERN
Kenneth A. Maranga
Frank J. Ozello, Jr.
Patricia Molly Ford

GREINES, MARTIN, STEIN & RICHLAND, LLP
Timothy T. Coates


By:  /S/
Kenneth A. Maranga, Esq.
Frank J. Ozello, Jr.
Patricia Molly Ford
Attorneys for Defendants COUNTY OF LOS ANGELES and WILLIAM T. FUJIOKA

**PROOF OF SERVICE**
**[C.C.P. §1013]**

STATE OF CALIFORNIA    )
                       ) ss.:
COUNTY OF LOS ANGELES  )

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 5850 Canoga Ave., Suite 600, Woodland Hills, CA 91367.

      On **November 4, 2015**, I served the foregoing document entitled **NOTICE OF LODGING DEFENDANTS' [PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF LAW** on all parties in this action as follows:

**PLEASE SEE ATTACHED SERVICE LIST.**

____ **By Mail**. By placing a true copy thereof enclosed in a sealed envelope. I am "readily familiar" with the firm's practice of collection and processing for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with first class postage thereon fully paid at Woodland Hills, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter is more than one day after day of deposit for mailing in this Proof of Service.

____ **By Telefax**. I transmitted said document by telefax to the offices of the addressees at the telefax numbers on the attached Service List.

____ **By Personal Service**. I delivered such envelope by hand to the addressee(s).

____ **By Overnight Courier**. I caused the above-referenced document(s) to be delivered to an overnight courier service for next day delivery to the above addressee(s).

____ **By Email Transmission**. I caused the abovementioned document(s) to be transmitted by email to the address(es) listed below at their respective email address(es) as listed and described below. I am "readily familiar" with this office's practice for transmissions by email. Under that practice transmissions are sent as soon as possible and are repeated, if necessary, until they are reported as complete and without error. In sending the foregoing document(s) by email, I followed this office's ordinary business practices. The sending email address is @marmorlaw.com.

///

///

///

///

///

The below listed individuals are registered with the Court to receive notice of electronically filed documents and will therefore be served via the Court's ECF System:

| | |
|---|---|
| Linda M. Burrow, Esq.<br>burrow@caldwell-leslie.com<br>Andrew Esbenshade, Esq.<br>esbenshade@caldwell-leslie.com<br>Jeffrey M. Chemerinsky, Esq.<br>chemerinsky@caldwell-leslie.com<br>CALDWELL LESLIE & PROCTOR, PC<br>725 South Figueroa Street - 31st Floor<br>Los Angeles, CA 90017-5524<br>Telephone: (213) 629-9040<br>Facsimile: (213) 629-9022<br><br>-and-<br><br>Mark D. Rosenbaum, Esq.<br>mrosenbaum@aclu-sc.org<br>Peter Eliasberg, Esq.<br>peliasberg@aclu-sc.org<br>ACLU FOUNDATION OF SOUTHERN CALIFORNIA<br>1313 West 8th Street<br>Los Angeles, CA 90017<br>Telephone: (213) 977-9500<br>Facsimile: (213) 977-5297 | Attorneys for Plaintiffs<br><br>*REVEREND FATHER IAN ELLIOTT DAVIES; REVEREND J. EDWIN BACON, JR.; SHAKEEL SYED; RABBI HAROLD M. SCHULWEIS; REVEREND TERA LITTLE; RABBI JOHN ROSOVE; REFEREND PETER LAARMAN; DAVID N. MYERS; and RABBI AMY BERNSTEIN* |
| Timothy T. Coates, Esq.<br>tcoates@gmsr.com<br>GREINES, MARTIN, STEIN & RICHLAND, LLP<br>5900 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90056<br>Telephone: (310) 859-7811<br>Facsimile: (310) 276-5261 | Attorneys for Defendants<br>*COUNTY OF LOS ANGELES and WILLIAM T. FUJIOKA* |
| Hon. Christina A. Snyder<br>UNITED STATES DISTRICT COURT<br>**Courtroom 5, 2nd Floor**<br>312 N. Spring Street<br>Los Angeles, CA 90012 | **(COURTESY COPY – BOX)** |

NOTICE OF LODGING DEFENDANTS' [PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF LAW

| | |
|---|---|
| Magistrate Frederick F. Mumm<br>UNITED STATES DISTRICT COURT<br>**Courtroom 580, 5th Floor**<br>255 E. Temple Street<br>Los Angeles, CA  90012 | **(COURTESY COPY – BOX)** |

__X__  **(Federal)** I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **November 4, 2015**, at Woodland Hills, California.

*[signature]*
Mary Ann Parks

- 5 -

NOTICE OF LODGING DEFENDANTS' [PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF LAW