# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV14-907-CAS(JEMx) | Date | May 23, 2016 |
|---|---|---|---|
| Title | *IAN ELLIOTT DAVIES; ET AL v. LOS ANGELES COUNTY BOARD OF SUPERVISORS; ET AL* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE |
|---|---|

| Catherine M. Jeang | Laura Elias | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Linda Burrow<br>Peter Eliasberg | Timothy Coates |

**Proceedings:**     HEARING ON JUDGMENT AND PERMANENT INJUCTION

    Hearing held and counsel are present.  Tentative Judgment provided.  The Court confers with counsel and counsel argue, as stated in Court and on the record.  The Court will issue the Judgment forthwith.

| | 00 | : | 18 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |