'O'

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| REVEREND FATHER IAN ELLIOTT DAVIES; REVEREND J. EDWIN BACON, JR.; SHAKEEL SYED; RABBI HAROLD M. SCHULWEIS; REVEREND TERA LITTLE; RABBI JOHN ROSOVE; REVEREND PETER LAARMAN; DAVID N. MYERS; AND RABBI AMY BERNSTEIN,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>LOS ANGELES COUNTY BOARD OF SUPERVISORS; AND WILLIAM T FUJIOKA,<br><br>　　　　Defendants. | Case No. 2:14-cv-00907-CAS-FFM<br><br>**JUDGMENT AND PERMANENT INJUNCTION** |

1.

The Court, having granted Plaintiffs' Motion for Permanent Injunction and made its findings of fact and conclusions of law, *see* Dkt. No. 159, hereby enters judgment as follows:

IT IS ORDERED, ADJUDGED, and DECREED as follows:

1. That the Los Angeles County Board of Supervisors' January 7, 2014 motion approving the addition of a Latin cross to the official seal of Los Angeles County (the "2014 Seal") violates: (1) the No Aid Clause of article XVI, section 5 of the California Constitution; (2) the No Preference Clause of article I, section 4 of the California Constitution; and (3) the Establishment Clause of the First Amendment to the United States Constitution;

2. That the action by the Los Angeles County Board of Supervisors to adopt a revised County seal by placing a Latin Cross on the apex of the roof of the depiction of the San Gabriel Mission on the County seal adopted in September 2004 is hereby declared NULL and VOID;

3. That Defendant County of Los Angeles shall return the official County seal to the *status quo ante* existing as January 6, 2014, to wit, the official County seal adopted by Board Order No. 25 of September 14, 2004, in the form attached as Exhibit 1 hereto; and

4. That Defendant County of Los Angeles, its officers, agents, employees, and all persons acting in concert therewith, are hereby PERMANENTLY ENJOINED from any and all use, display, or implementation of the 2014 Seal in connection with any County service, program, facility, equipment, activity, or use of County funds, effective one hundred and forty-five (145) days from the date of this Judgment, provided, however, that Defendant County of Los Angeles is *immediately* enjoined, subject to a 45-day grace period to effectuate this provision, from drafting, printing, designing, or otherwise creating any new materials or displays of the 2014 Seal, including but not limited to new materials

based on templates or other forms created prior to the date of this Judgment.

Without otherwise limiting the foregoing, the following uses and/or displays, to the extent existing before the date of this Judgment, shall not violate this Judgment:

(1) the display and/or use of the 2014 Seal on documents and communications that were created prior to entry of Judgment and are intended to be maintained permanently in the ordinary course of business, or maintained until destroyed pursuant to ordinary business practice, including official records, minutes, and correspondence and on scrolls, awards, and commendations issued before the entry of Judgment; and

(2) the display of the 2014 Seal, where affixed to a building, structure, monument, statue, or fixture, and which cannot be replaced without damage, deterioration, or structural alteration to the building, structure, monument, statue, or fixture. This exception would not apply to displays or uses such as decals at building entrances, directional signage or displays where the 2014 Seal could be painted, covered over or otherwise removed without causing damage, deterioration or require structural alteration to the building, structure, monument, statue, or fixture in question.

This Judgment does not bar Defendant County of Los Angeles from adopting a new seal in the future consistent with the Court's opinion. *See* Dkt. No. 159.

Plaintiffs are found to be the prevailing party in this case and shall be entitled to an award of costs and reasonable attorneys' fees. Such attorneys' fees and costs of suit shall be awarded by the Court at a later date upon noticed motion filed within 60 days of entry of this judgment.

Dated: May 23, 2016

                                                Christina A. Snyder
                                                United States District Judge

3.

# EXHIBIT 1

