MARANGA • MORGENSTERN
Kenneth A. Maranga, Esq. (SBN 94116)
kenmaranga@marmorlaw.com
Patricia E. Ellyatt, Esq., (SBN 112552)
pellyatt@marmorlaw.com
Frank. J. Ozello, Jr. (SBN 153989)
fozello@marmorlaw.com
Patricia "Molly" Ford (SBN 285045)
pford@marmorlaw.com
A Professional Law Corporation
5850 Canoga Avenue, Suite 600
Woodland Hills, California 91367
Telephone: (818) 587-9146 ■ Facsimile: (818) 587-9147

GREINES, MARTIN, STEIN & RICHLAND, LLP
Timothy T. Coates, Esq. (SBN110364)
tcoates@gmsr.com
5900 Wilshire Boulevard, 12th Floor
Los Angeles, California 900356
Telephone: (310) 859-7811 ■ Facsimile: (310) 276-5261

Attorneys for Defendants COUNTY OF LOS ANGELES and WILLIAM T. FUJIOKA (erroneously sued and served herein as LOS ANGELES COUNTY BOARD OF SUPERVISORS; and WILLIAM T. FUJIOKA)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| REVEREND FATHER IAN ELLIOTT DAVIES; REVEREND J. EDWIN BACON, JR.; SHAKEEL SYED; RABBI HAROLD M. SCHULWEIS; REVEREND TERA LITTLE; RABBI JOHN ROSOVE; REVEREND PETER LAARMAN; DAVID N. MYERS; and RABBI AMY BERNSTEIN,<br><br>    Plaintiffs,<br><br>LOS ANGELES COUNTY BOARD OF SUPERVISORS; and WILLIAM T. FUJIOKA,<br><br>    Defendants. | Case No. CV14-00907 CAS-FFMx<br><br>[PROPOSED] ORDER GRANTING ATTORNEYS' FEES AND COSTS<br><br>The Honorable Christina A. Snyder |

**[PROPOSED] ORDER GRANTING ATTORNEYS' FEES AND COSTS**

Having reviewed and considered the stipulation for award of attorneys' fees and costs pursuant to 42 U.S.C. § 1988 and California Code of Civil Procedure § 1021.5 submitted by the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED AND ADJUDGED AS FOLLOWS:

1. Plaintiffs, as prevailing parties in the above action, are awarded attorneys' fees and costs in the amount of $915,635.00 as against defendants, payment to be made within 90 days; and

2. Plaintiffs' statutory costs pursuant to Local Rule 54.4 and 28 U.S.C. § 1920, will be separately awarded by the court in ruling on plaintiffs' June 6, 2016 unopposed application to tax costs.

**IT IS SO ORDERED.**

Dated: June 24, 2016

*Christina A. Snyder*
The Honorable Christina A. Snyder
Judge, United States District Court

Submitted by:

GREINES, MARTIN, STEIN & RICHLAND, LLP
　Timothy T. Coates


By:   /s/ Timothy T. Coates
　　　　Timothy T. Coates
Attorneys for Defendants, COUNTY OF LOS ANGELES and WILLIAM T. FUJIOKA

-1-
**[PROPOSED] ORDER GRANTING ATTORNEYS' FEES AND COSTS**